BRICCETTI, CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900
FAX (914) 946-5906

February 11, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/10

**MEMO ENDORSED**

2/16/10 Extension granted

**BY FAX**
Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. James Cromitie, et al.
09 Cr. 558 (CM)

Dear Judge McMahon:

This letter is submitted on behalf of all four defense counsel to request an extension of time to make disclosure of defense expert witnesses, pursuant to Rule 16(b)(1)(C), from February 23 until March 12, 2010. The government consents to this request.

On December 4, 2009, at the last pretrial conference, the Court set the February 23 deadline for defense expert disclosure. Due to unavoidable weather-related scheduling problems, our expert will not be able to inspect and examine the four so-called IED cell phones until February 26, 2010. Therefore, we will not be able to comply with the February 23 deadline. Because our expert will need some time to analyze the data on the cell phones, we believe that March 12 is a realistic date for expert disclosure. AUSA Jason Halperin has consented to the requested extension.

Your Honor's consideration of the foregoing is appreciated.

Respectfully submitted,

Vincent L. Briccetti

cc: All counsel (by e-mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/10