UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,
                                                :     **NOTICE OF DEFENDANT'S**
            v.                                        **MOTION TO DISMISS THE**
                                                :     **INDICTMENT**
JAMES CROMITIE,
DAVID WILLIAMS,                                 :
LAGUERRE PAYEN, and                                   **09 Cr. 558(CM)**
ONTA WILLIAMS                                   :
            Defendants.
                                                :
------------------------------------------------X

SIRS:

    **PLEASE TAKE NOTICE**, that upon the annexed memorandum of law and fact, Attorney and exhibits thereto, affirmation Susanne Brody, Esq. Attorney for the defendant, ONTA WILLIAMS, the undersigned will move this Court, before the Honorable Colleen McMahon, United States District Court Judge, Southern District of New York, sitting at the United States Courthouse, 300 Quarropas Street, White Plains, New York, on the 30th of April, 2010, at 10:00 in the forenoon or as soon thereafter as counsel can be heard for an Order Dismissing the Indictment on the ground that the government committed outrageous conduct in violation of the defendants 5th Amendment rights and the rights of third parties or in the alternative for an evidentiary hearing on the issues presented herein.

    **PLEASE TAKE FURTHER NOTICE** that defendant ONTA WILLIAMS joins in the pre-trial motions of all co-defendants.

Dated: White Plains, New York
       March 16, 2010

                                          LEONARD F. JOY, ESQ.
                                     Federal Defenders of New York, Inc.

                                 By: _____
                                    SUSANNE BRODY, ESQ.
                                     Attorney for the Defendant
                                     **ONTA WILLIAMS**
                                     300 Quarropas Street, Room 260
                                     White Plains, New York 10601
                                     Tel.: (914) 428-7124

TO:    **PREET BHARARA, ESQ.**
       United States Attorney for the
       Southern District of New York
       500 Pearl Street
       New York, New York 10007
       Attn:   **JASON P.W. HALPERIN, ESQ.**
                 **ERIC SNYDER, ESQ.**
                 Assistant United States Attorneys

cc:   Vincent L. Briccetti, Esq.
      Attorney for co-defendant James Cromitie

      Theodore S. Green, Esq.
      Attorney for co-defendant David Williams

      Sam Braverman, Esq.
      Attorney for co-defendant Laguerre Payen

      Mr. Onta Williams