USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/10

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2010

**BY ELECTRONIC MAIL**

DOCKET IN CASE #
AS: Letter
DATE,                                CM

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re: **United States v. James Cromitie, et al.,**
> **09 Cr. 558 (CM)**

Dear Judge McMahon:

      Pursuant to the Court's oral orders from the bench on June 14, 2010, as memorialized in its written opinion dated June 15, 2010, the Government here produces three documents to the defense, stamped with Bates numbers 4451-4455. (The Government has redacted information from these versions as described in footnote 2 of its June 11, 2010 letter.) No appeal will be taken as to these three documents, but the Government adheres to the legal position articulated in its June 11, 2010 submission that these documents are not discoverable pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963). The Government has, however, begun a review for additional materials that may be responsive to the Court's orders and will be prepared to update the Court at the next conference scheduled for June 25, 2010.

      Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
David Raskin
Jason P.W. Halperin
Adam S. Hickey
Assistant United States Attorneys
(212) 637-2635, (914) 993-1933, (212) 637-1039

Enclosure

cc: All Defense Counsel (by e-mail with enclosures)

Copies mailed /faxed/handed to counsel on ___/___/___