*docket as letter*

HonoRABle Colleen. McMahon                          08/19/2010

United STATES District Judge

Southern District OF New York

500 PeARl STReet

New York, NY 10007

DOCKET IN CASE #
AS: Letter
DATE,                          CM

RECEIVED
AUG 2 4 2010
CHAMBERS OF
COLLEEN MCMAHON

RE: United STATES V JAMES Cromitie

            Docket NO: 09 CR. 558 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY F_____
DOC #: _____
DATE FILED: _8/25/10_

DEAR Judge Colleen. McMAhoN,

We aRE scribing you this letteR making you aware of some issues. We were Asking ouR Lawyers to do before trial, and we request This to be put on record before the trial OR during the trial, which ever way you see fit.

        AFteR my co-defendants, and myself went through the grand jury transcripts, we have noticed multiple violations of our constitutional Rights. And bAsed on the evidence on the case we can prove misleading information of the prosecutor and agent in front of the grand jury. And This is clear that its prosecutor and (FBI) agent misconduct.

        What we are requesting to you, Your Honor is to take into consideration of accept written or oral motions based on violation of our constitutional right of prosecutor and (FBI) agent misleading testimony in front of the grand jury.

                    Sincerely Yours,
                    X David Williams III
                    X Onta Williams
                    X JAMes CroMitie
                    X Laguerre payen

                                        J. Ervil
                                        8/24/2010