# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

July 29, 2023   MEMO ENDORSED

8/2/23

So Ordered

*[signature]*

Via ECF
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *USA v. James Cromitie, et al*
09-Cr-558 (CM)

Dear Judge McMahon:

I am writing to ask the Court to appoint me as CJA counsel to represent James Cromitie in connection with a motion for compassionate release that may be filed.

As Your Honor assuredly recalls, I along with my two former partners represented Mr. Cromitie at trial and on his direct appeal of his conviction. In light of the Court's recent decision granting compassionate release to Mr. Cromitie's co-defendants, it seems appropriate that Mr. Cromitie have counsel appointed to consult with him and thereafter determine whether a similar motion should be filed on his behalf.

Thank you for the Court's consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/23

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

cc: All counsel (via ecf)