UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────x

UNITED STATES OF AMERICA

        -against-

JAMES CROMITIE,

        Defendant.

09 Cr. 558-01 (CM)

──────────────────────────────x

### ORDER ON MOTION FOR A REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)

McMahon, J.:

For the reasons set forth in the Decision and Order of this Court, signed January 19, 2024,

IT IS HEREBY ORDERED that the Defendant James Cromitie's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), is GRANTED; and it is further

ORDERED, that the Defendant's custodial sentence is reduced, pursuant to 18 U.S.C. § 3582(c)(1)(A), to Time Served plus 90 days imprisonment;[1] and it is further

ORDERED, that the Defendant's term and conditions of supervised release are unchanged.

Dated: New York, New York
      January 19, 2024

Colleen McMahon
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/24

---

[1] The court will notify Probation immediately, because it will be necessary to accelerate the preparation of release plans for this long-incarcerated defendant.